## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JON Q. WRIGHT, | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| | **JURY TRIAL DEMANDED** |
| TODD JOHNSON d/b/a WING N FIN, | |
| **and** | |
| ELLEN JOHNSON d/b/a WING N FIN, | |
| **Defendants.** | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

COMES NOW Plaintiff Jon Q. Wright ("Plaintiff" or "Wright") and, for his Complaint against Todd John d/b/a WING N FIN and Ellen Johnson d/b/a WING N FIN (collectively, "Defendants") alleges and states as follows:

### JURISDICTION AND VENUE

1.      This claim is brought pursuant to 17 U.S.C. § 101, *et seq*., for copyright infringement, and 17 U.S.C. § 1202, *et seq.,* for removal or alteration of copyright management information.

2.      This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 (a) and (b) because this case arises under the copyright laws of the United States.  (17 U.S.C. § 101 et seq.).

3.      This Court has personal jurisdiction over Defendants because Defendants are residents of the state of Minnesota.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Defendants reside in this judicial district.

1

## PARTIES

5.      Plaintiff is an adult individual and out-of-state resident.

6.      Defendant Todd Johnson is an adult individual residing in Minnesota, doing business as "WING N FIN."

7.      Defendant Ellen Johnson is an adult individual residing in Minnesota, doing business as "WING N FIN."

8.      Upon information and belief, Defendants are a married couple in business together, doing business as "WING N FIN."

9.   Defendants' business address is 5473 Wing and Fin Drive, Browns Valley, MN, 56219.

## PLAINTIFF'S BACKGROUND AND WORKS

10.     Wright is a prominent nature artist, who specializes in illustrating fish.

11.     Over the many years of his career, Wright's work has appeared in hundreds of catalogs, advertisements, print/products illustrations, and magazine covers.

12.     Wright created an original hand drawn illustration of a walleye fish leaping out of the water, entitled "Walleye / Green Lure" (the "Work").

13.     The Work is registered with the United States Copyright Office under registration number VAu 1 021 822.

14.     Plaintiff provides copyright management information in connection with the Works in the following way: "© Jon Q Wright".

15.     Typically, Plaintiff's copyright management information is provided as a watermark on the work itself or immediately adjacent to the work, on products licensed to use the work, and on such packaging for said products.

16.     Plaintiff's copyright management information is clearly visible and legible and indicates to the public that Plaintiff created the associated work.

17.     Plaintiff is the sole owner and proprietor of all right, title, and interest in, and to, the copyrights for his Work.

## DEFENDANT'S INFRINGEMENT

18.     Defendants owns and operate a resort called WING N FIN near Lake Traverse, Minnesota.

19.     In order to advertise and promote their resort, Defendants maintain a website at the url www.wingnfintraverse.com (the "Website").

20.     Plaintiff discovered that Defendants, without authorization, reproduced and displayed a derivative of the Work on its Website.

21.     Specifically, Defendants used the derivative of the Work as a part of their "WING N FIN" logo at the top of the Website's homepage.

22.     Defendants created the derivative of the Work by at least removing the lure and water droplets from the original Work.

23.     Defendants may also modified the Work in other ways, including altering the coloring.

24.     At the time Defendants were using the Work on the Website, the Website allowed guests to check rates and contact the business for reservations.

25.     Defendants derived revenue from its Website.

## COUNT I - COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 501)

26.     Plaintiff restates the allegations contained in the paragraphs 1-25 as if fully set forth herein.

27.     Plaintiff has valid copyrights and copyright registration for the Work.

28.     Defendants have infringed Plaintiff's copyrights in his Work by reproducing the Work onto the Website without authorization from Plaintiff.

29.     Defendants have infringed Plaintiff's copyrights in his Work by preparing a derivative of the Work without authorization from Plaintiff.

30.     To the extent that Defendants do not acknowledge copying the Work or creating derivatives therefrom, Defendants had access to the Work and the image used by Defendants is strikingly similar to the Work.

31.     As a result of Defendants' above-described acts of copyright infringement, Plaintiff has sustained damages including lost licensing revenue in an amount not yet ascertained, and profits that should be disgorged to Plaintiff.


WHEREFORE, for the reasons stated above, Plaintiff prays for judgment against Defendants as follows:

a.   Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright.

b.   Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendants' copyright infringement.

c.   Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendants, or, if Plaintiff so elects before judgment is entered, award statutory damages.

d.   Under 17 U.S.C. § 505, award costs to Plaintiff;

e.   Under 17 U.S.C. § 505, as the prevailing party in a Copyright lawsuit, award to Plaintiff

reasonable attorneys' fees.

       f.   Awarding Plaintiff all available pre-judgment and post-judgment interest on all amounts of any judgment; and

       g.   Grant to Plaintiff such further relief as may be equitable and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands a jury trial for all issues triable to a jury.

Dated: January 12, 2020.

Respectfully submitted,

/s/ Jeffrey D. Stowman
Jeffrey D. Stowman (MN 0288378)
Stowman Law Firm, P.A.
P.O. Box 845
1100 W Lake Drive
Detroit Lakes, MN 56501
(phone) 218-847-5644
(fax) 218-844-7647
jeff@stowmanlaw.com

and

/s/ Scott J. Strohm
Scott J. Strohm (*pro hac vice* motion forthcoming)
EVANS & DIXON, LLC
Corporate Woods | Building 51
9393 W. 110th Street, Suite 120
Overland Park, KS 66210
Telephone: 913-701-6810
Facsimile: 913-341-2293
Email: copyright@evans-dixon.com

**ATTORNEYS FOR PLAINTIFF**